STANDARD OIL COMPANY OF NEW YORK, Respondent, *v.* MICHAEL DE STEFAN, Appellant.

(Argued May 29, 1929; decided July 11, 1929.)

*Philip Bongiorno* for appellant.

*John K. Hartley, J. Lewis Furman* and *Courtland Palmer* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG and O'BRIEN, JJ. Not sitting: HUBBS, J.